FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

UNITED STATES OF AMERICA

v.                                               :          CRIMINAL NO.
                                                 :
IRIKA SHIPPING S.A.                              :
                                                 :
     Defendant                                   :
                                                 :

...oooOooo...

### Enhanced Environmental Compliance Plan

The following standards and requirements for an Enhanced Environmental Compliance Plan ("EECP") have been prepared pursuant to the Plea Agreement between Defendant Irika Shipping, S.A. and the United States Attorney's Office for the District of Maryland and the Environmental Crimes Section of the United States Department of Justice ("United States" or "the Government"). Compliance with all of the terms and standards of the EECP is a requirement of the Plea Agreement. This ECP applies to Irika Shipping, S.A., as well as any of its subsidiaries or assigns, and is a condition of Irika Shipping S.A.'s probation.

The EECP is subject to approval by the United States District Court and the United States Probation Office ("USPO") for the District of Maryland. For purposes of this Agreement, the "designated signatory of the Government" shall mean the undersigned representatives of the United States Attorney's Office for the District of Maryland and the Environmental Crimes Section of the United States Department of Justice, and the "designated representative of the Coast Guard" shall mean Commandant, Office of Vessel Activities (CG-543).

## I. APPLICABILITY AND PURPOSE

This Enhanced Environmental Compliance Plan applies to each "Vessel" as that term is defined in this Section I, subject to the clarifications set forth in Section XII. The term "Vessel" includes all vessels listed on Attachment 1 to this EECP as well as each and every vessel that, at any time during the period of probation, (i) is technically managed and/or manned by Irika Shipping, S.A., and (ii) is equipped with Oily Water Separator to process oily wastes, regardless of whether such vessel trades in the United States and regardless of the party on whose behalf Irika Shipping, S.A. technically manages or mans the vessel. A vessel for which Irika Shipping, S.A. has relinquished technical management or manning responsibilities shall be excluded from the requirements of this plan on the date Irika Shipping, S.A. relinquishes such responsibilities. Notification of

such relinquisheagment shall be made in accordance with the requirements of Section XII.

The EECP shall also apply to all shore side employees and crews of Irika Shipping, S.A. involved in the technical management and/or manning of any Vessel during the period of probation.

The purpose of the EECP is to ensure that all Vessels fully comply with all applicable marine environmental protection requirements established under applicable international, flag state, port state and coastal state law, and United States laws including, but not limited to, the International Convention for Prevention of Pollution from Ships (MARPOL), and all applicable Federal and state statutes and regulations including, but not limited to the Ports and Waterways Safety Act (PWSA), the Act to Prevent Pollution from Ships (APPS), the Clean Water Act (CWA) and the Oil Pollution Act (OPA) (hereinafter "marine environmental protection requirements"), and to the additional requirements and policies established by this plan itself. In the case of a conflict between this EECP and any of the aforementioned requirements such that the EECP is less restrictive, then the more restrictive authority shall govern.

This EECP shall be incorporated into the Plea Agreement by reference and compliance with the terms of the EECP will be a special condition of probation. Failure to comply with any part of this EECP, including but not limited to, refusal to pay valid charges for the Court Appointed Monitor, the External Audit Group (EAG) or Third Party Auditor and failure to provide these or other personnel, auditors or inspectors needed to achieve the objectives of this agreement, or failure to provide complete unrestricted access to Vessels, facilities, personnel or documents, required by this EECP may be a basis on which the Government may move to revoke or modify Irika Shipping, S.A. probation.

In the course of implementing this EECP, should inadequacies in the size and capabilities of Vessel crews be proven as a contributing factor to their inability to manage waste streams, Irika Shipping, S.A. agrees to supplement crew sizes as needed, consistent with the Vessel's lifesaving arrangements. Additional shore side resources may also be required.

Irika Shipping, S.A. shall take appropriate action, up to and including dismissal, against any employee who obstructs, hinders or presents false information or makes false statements during any inspection, monitoring, or auditing, or inspection function required by this EECP or to any U.S. authority performing an inspection or Port State Control activity.

Audits, reports, and any other documents required by this EECP shall be provided to the designated signatory for the government, the USPO, and U.S. Coast Guard Commandant, Office of Vessel Activities (CG-543).

Any proposed modifications to this EECP must be made in writing and signed by Irika Shipping, S.A.. Modifications proposed by Irika Shipping, S.A. shall be submitted to the

2

USPO and the designated signatory of the Government to this EECP. The USPO and the designated signatory of the Government to this EECP shall have thirty business days to provide written comments on the proposed modification. Written affirmation is required in order for the modification to become effective. If the USPO or the designated signatory of the Government objects and the parties are unable to resolve the issue, either party may file a motion before the United States District Court with responsibility to supervise probation as designated at the time of sentencing.

During the probationary period, a copy of the EECP and EMS must be kept at all times in pre-designated locations within each Vessel where it can be readily accessed by senior shipboard personnel. Such locations must include the quarters of the Master and Chief Engineer, as well as in the engine control room and on the bridge.

Irika Shipping, S.A. understands that representatives of the United States Coast Guard may board, audit, or inspect Vessels at any time they are found within the jurisdiction of the United States.

## II. CORPORATE COMPLIANCE MANAGER (CCM)

Within sixty (60) days after the entry of the Plea Agreement, Irika Shipping, S.A. shall designate a senior corporate officer as the Corporate Compliance Manager (hereinafter "Corporate Compliance Manager" or CCM) who shall report directly to the General Manager of Irika Shipping, S.A.. The Corporate Compliance Manager position must be filled by an individual with significant maritime vessel operational background, who possesses the authority to ensure full implementation of this EECP, and who is thoroughly familiar with the requirements of this EECP, and domestic and international maritime environmental laws and regulations. Irika Shipping, S.A. shall provide the name of and means of communicating with the Corporate Compliance Manager to the USPO, with copies of said notification to the designated signatory of the Government.

The Corporate Compliance Manager shall be authorized to access all records, documents and facilities and Vessels throughout the Irika Shipping, S.A. organization for the purpose of implementing this EECP.

The Corporate Compliance Manager shall be responsible for ensuring that observations and any recommendations resulting from any audit under this EECP are appropriately documented, tracked, and resolved and that such resolutions are thoroughly documented in a format that can be readily audited. This documentation shall be made available to any personnel performing audit functions under this EECP, and to the USPO and the Government.

The Corporate Compliance Manager is responsible for developing a tracking mechanism and ensuring that corrective action takes place on recommendations made by the EAG, within a time frame of 30-60 days.

The Corporate Compliance Manager is required to ensure the retrofit of Vessels as more fully described in Section X.A.  The Corporate Compliance Manager also may serve as the Operational Compliance Officer (see below) and the Group Training Manager (see Attachment 3).

## A.   OPERATIONAL COMPLIANCE OFFICER (OCO)

Irika Shipping, S.A. shall designate an Operational Compliance Officer (OCO), who reports directly to the General Manager of Irika Shipping, S.A.  The OCO shall have no ownership of operational procedures and serves purely in an oversight/external auditor role. The Operational Compliance Officer shall be authorized to access all records, documents, facilities and Vessels throughout the Irika Shipping, S.A. operational organization for the purpose of monitoring compliance with the ECP.  This includes oversight of compliance with the ECP as implemented by Irika Shipping, S.A. staff. The OCO shall be responsible with shore-side staff to ensure that all internal audits performed during the period of probation and external audits performed during the period of probation are carried out and provided to the designated signatories of the government and to the Office of Probation.  Irika Shipping, S.A. shall provide the name and means of communicating with the OCO to the USPO, with copies of said notification to the designated signatories of the Government.

The OCO is responsible for annually certifying in writing the existence and adequacy of Vessel operating budgets, including costs related to operation, maintenance and repair of pollution prevention equipment, use of shoreside reception facilities, labor costs relating to maintenance of machinery spaces and other related costs necessary to meet the objectives of the ECP.  The certification shall include a narrative summary in the aforementioned areas and explain the analysis used to determine if such budgets are adequate or not.

## B.   ENVIRONMENTAL QUALITY DEPARTMENT

Irika Shipping, S.A. shall establish an Environmental Quality Department. This department shall report directly to Irika Shipping, S.A.'s General Manager.  This department shall:

1. Conduct environmental, safety and other audits of Vessels
2. Investigate Open Reports, as directed by the Technical Manager
3. Investigate Vessel casualties and oil pollution incidents as directed by the General Manager
4. Make recommendations to the General Manager regarding  improvements to the EMS

## C.   Environmental Management System (EMS)

The Corporate Compliance Manager shall be responsible for ensuring the full development, implementation and documentation of the Irika Shipping, S.A. Environmental Management System (EMS).

The EMS will include and address the following:

- environmental policy
- environmental requirements and voluntary undertakings
- objectives and targets
- structure, responsibility and resources
- operational controls
- corrective, preventative action and emergency procedures
- training, awareness and competence
- organizational decision making and planning
- document control
- continuous evaluation and improvement

Additional details and requirements of the EMS and the responsibilities of the Corporate Compliance Manager in establishing the system are provided in **Attachment 2**.

**D.     Reporting of Non-Compliance by Employees and Crew Members (OPEN REPORTING)**

Irika Shipping, S.A. shall maintain an Open Reporting System by which shore side and Vessel employees may anonymously report issues of non-compliance with this EECP, the EMS, and other marine environmental protection requirements via email and toll-free phone number or web submission.   Irika Shipping, S.A. must provide crew members with information about the Irika Shipping, S.A. Open Reporting System prior to each term of employment.   The Open Reporting System policy shall include provisions that prohibit retaliation against those who report non-compliance and shall include a written policy that makes failure to notify regarding any violation of the EMS or other maritime environmental protection requirements grounds for discipline or dismissal.   It shall be the responsibility of the CCM to maintain this system. Arrangements shall be made to ensure anonymity of such reporting when desired by the individual making the report. Irika Shipping, S.A. shall inform its employees of the availability of this reporting system by posting notices in lounge spaces of officers and crewmembers, the engine control room, common areas of the Vessels, as well as through company publications and organization-wide announcements issued on at least a quarterly basis.

The Corporate Compliance Manager and the OCO shall be informed of each such Open Report. The OCO shall ensure that a copy of each such report containing an allegation of environmental noncompliance is provided to the Court Appointed Monitor. The Open Reporting System shall contain a report to all Vessels on a quarterly basis to demonstrate that the system is working.

5

The Corporate Compliance Manager shall review, investigate, and document reports of non-compliance by employees in a timely fashion and shall initiate, monitor, and document all actions taken as a result of the reporting. The Corporate Compliance Manager shall maintain these records and make them available for review. The Corporate Compliance Manager shall develop and communicate the Irika Shipping, S.A. policy that Irika Shipping, S.A. will not tolerate retaliation against those who report non-compliance and will develop and communicate a policy that makes failure to notify regarding any violation of this EECP, the EMS, or other maritime environmental protection requirements grounds for discipline or dismissal.

## E.   Corporate Accountability

The CCM shall make quarterly reports to the Board of Directors, General Manager, and the owner(s) of Irika Shipping, S.A. and of each vessel managed by Irika Shipping S.A. concerning compliance with and implementation of this EECP, the EMS, and other maritime environmental protection requirements. Annually, the CCM shall provide a summary of the reports to the Irika Shipping, S.A. Board of Directors, General Manager and the owners of Irika Shipping, S.A.   All issues of non-compliance will be communicated, along with any corrective action taken.  Copies of these reports will be provided to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard.

The Corporate Compliance Manager shall ensure immediate notification to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard of all circumstances whereby Irika Shipping, S.A. fails to fully support and finance Irika Shipping, S.A.'s objectives in implementing all the requirements of this EECP and EMS as it pertains to equipment, system improvements, and any other requirements of this plan.

The Corporate Compliance Manager shall be responsible for developing a comprehensive budget process to ensure on an annual basis that each Vessel is provided adequate funding for shore side disposal of wastes, including bilge water, slops, sludge disposal, the minimization and management of waste streams, the maintenance and technical upgrades of environmental equipment and funding necessary to meet all the other requirements of this plan. Budgets shall account for bilge water, slop and sludge disposal and include a documented methodology on the determination of quantities estimated to be sent ashore and or processed by the Vessel. The Corporate Compliance Manager and General Manager of Irika Shipping, S.A. shall at least annually prepare, evaluate and certify the comprehensive budget for each vessel and shall make annual budget reports to the owners of Irika Shipping, S.A. and the owners of the vessels that it manages.

## F.   Full Company-Wide Cooperation

Irika Shipping, S.A. shall effectively communicate to every  shipboard and shore staff its commitment to environmental compliance and to all terms in this EECP.   At least

annually, Irika Shipping, S.A. must advise the designated signatories of the government and the USPO of the steps it has taken to communicate with its shipboard and shore staff.

At the request of the Government, Irika Shipping, S.A. shall submit a copy of all employment contracts and/or scope of work documents with the Court Appointed Monitor, EAG and Third Party Auditor to the USPO, the designated government official, and the U.S. Coast Guard Commandant, Office of Vessel Activities (CG-543).

In the first quarter of every year Senior Management of Irika Shipping, S.A. shall communicate to the Sea and Shore staff in person or by DVD and in writing its commitment to the environment, safety and quality.  Each vessel should have sign on and sign off forms that advise ship staff of Irika Shipping, S.A.'s commitment to environmental compliance and to the terms of the EECP and require employees to pledge to comply with all SOLAS, ISM, MARPOL and other applicable environmental laws.  Each form shall be co-signed by the Master, inform employees of the Open Reporting system, and advise employees that participating in deliberate violations of environmental law or the EECP is grounds for dismissal and that those making open reports will not be subject to retaliation.

The Corporate Compliance Manager shall take all necessary steps to ensure the full cooperation of all employees during all activities required by this EECP and EMS. Cooperation is to be provided to all persons performing audits and inspections, regardless of location. The Corporate Compliance Manager shall ensure that all internal and external auditors  and any other inspection, auditing, or monitoring personnel involved in the auditing of any Vessel have complete unrestricted access to all Vessel areas, documentation, personnel, and material equipment required by this EECP. Private locations for one-on-one interviews between employees and various inspection, auditing or monitoring personnel shall be provided.

The Corporate Compliance Manager shall be responsible for ensuring that each new employee, or hire, is trained that environmental policy compliance, as well as accurate and truthful records, are extremely important and that Irika Shipping, S.A. will not tolerate deliberate violations.

The Corporate Compliance Manager shall be responsible for developing the Training Requirements detailed in **Attachment 3**.

The Corporate Compliance Manager shall be responsible for fully implementing the Engineering Requirements established in Section X of this EECP.

The Corporate Compliance Manager shall be responsible for developing and maintaining a system to track each Vessel's machinery space waste quantities and capacities.

## III. CHIEF ENGINEER

Chief Engineers on board all Vessels shall:

Ensure complete compliance with the Engineering Requirements established in Section X of this plan (as applicable to his/her Vessel).

Assist in the audit process to ensure complete compliance with the various requirements, polices and procedures addressed in Section VII.

Ensure that shipboard machinery space generated wastes and the conditions of any equipment having oil to sea interfaces on a daily basis are measured, monitored, recorded, and managed on a daily basis.

Take the necessary steps to timely resolve (through repairs and/or applicable EMS procedure) engine room, machinery space, or pump room related environmental concerns, such as inoperative or ineffective pollution prevention equipment, waste handling or monitoring equipment, leakages (except those necessary for packing cooling) stemming from pump seals, packing glands or line breaks, or due to any other causes contributing to accumulations of bilge fluids, oily mixtures and sludge type wastes.

Ensure, through appropriate actions, that all Engine Room wastes that are subject to special handling requirements are properly managed.

Ensure that all shipboard engine room personnel, according to their rank and duties, have appropriate training on environmental policies and procedures, including but not limited to training on the operation and use of pollution prevention equipment, bilge pumps, bilge and ballast pumps, incinerator, Oil Water Separator and the making of entries in the Oil Record Books, Garbage Record Book or any other logs required by this EECP or other maritime environmental protection requirements.

Ensure that the Chief Engineer's handover notes shall include an environmental component and description of the current status of operation, maintenance, and repair, for the Incinerator, Oily Water Separator, Oil Content Meter, Oil Discharge Monitor, and other pollution prevention procedures or equipment, the status of spare parts for the aforementioned equipment, and an estimation of the day-to-day bilge loads and accumulations.

Ensure that all Engine Room records, soundings and tank measurements are accurate and recorded truthfully, including the Oil Record Book and Tank Sounding Log..

Report all instances where inadequate response caused conditions leading to excessive waste stream development.

## IV. MASTER

In addition to any other existing statutory and regulatory requirements, the Master of each of Vessel bound for the United States shall ensure that prompt reports are made to the United States Coast Guard of any equipment malfunction related to marine environmental protection requirements in its 96 hour Advance Notice of Arrival into a U.S. Port.  Additionally, such reports shall be copied to the U.S. Coast Guard Captain of the Port of the next port of call in the United States. In addition to his regular duties, the Master shall:

Ensure employee's compliance with the EECP, the EMS, MARPOL, and all applicable maritime pollution protection requirements. Employee compliance with such requirements will be incorporated as a positive factor in performance evaluations. Failure to comply with such requirements will be incorporated as a negative factor in performance evaluations and may lead to dismissal.

Maintain on board the Vessel all records required by international conventions and treaties including SOLAS, the ISM Code, and MARPOL and applicable State and Federal statutes and regulations and any additional documents or records required under this EECP and EMS. Additionally the Master will make these records available to the EAG, Third Party Auditor, the designated signatory of the Government, the United States Coast Guard, and the USPO upon request.

Ensure that every crewmember has received appropriate training necessary to ensure compliance with this EECP, the EMS, and other maritime pollution prevention requirements and that the proper records of all training on environmental matters are maintained.

Maintain replacement Environmental Tags and used Environmental Tags as set forth in Section X of this agreement in the Vessel's safe and shall inspect each damaged Environmental Tag number to ensure Environmental Tags having identical numbers are never used. An inventory of the unused Environmental Tags shall be a required component of the master's handover notes.  Upon assuming and relinquishing command, the Master shall inspect the integrity of all Environmental Tags and the tag log and record the date in the tag log.

Ensure the use of and review handover notes for the four senior officers.  The notes shall have an environmental component and include information related to the status, handling and discharge of any Vessel generated wastes or slops and the operation of the OWS, OCM and Incinerator.

## V. SHORESIDE PERSONNEL SERVING IN ANY CAPACITY.

All shore side employees of Irika Shipping, S.A. having routine involvement with any aspect of the operation, maintenance and repair of a Vessel shall be required to report in writing any information related to the Vessel or crew's failure or inability to comply with this EECP and any other marine environmental protection requirement. This may include but not be limited to any information learned from reviewing, ordering or purchasing lubrication oils, spare parts ordered for pollution prevention equipment, equipment having oil to sea interfaces, the need for additional cleaning crews, the need for machinery space piping replacement, discussions with shipboard personnel or employment of divers for underwater surveys. It shall also include information and knowledge obtained during ship visits, audits or inspection regardless of the particular focus.

Each vessel managed by Irika Shipping, S.A. shall be visited at least annually by a member of the shore side staff during which time the shore side staff shall, at a minimum, conduct environmental training with all ship staff, meet individually with all members in the Engineering Department, review the ship's compliance with the record keeping requirements set forth in this EECP, including the Oil Record Book, Sounding Log Book, tag system and on board training.

Shore side engineering personnel shall develop and implement an identification system of all critical components such as pump seals, flange gaskets, etc., that require rapid replacement in order to minimize leakages and reduce waste stream development in every machinery space.

A spare parts identification and rapid replacement program will be required for all pollution prevention equipment. Irika Shipping, S.A. agrees to maintain a centralized system for managing critical equipment spare part ordering and distribution. Irika Shipping, S.A. agrees to review all pollution prevention equipment onboard all of its Vessels at least annually.

## VI. COURT APPOINTED MONITOR

As part of the EECP, Irika Shipping, S.A. agrees to pay for a Court Appointed Monitor ("CAM") that will be appointed by and report to the Court during the entire period of probation. At least thirty days prior to the entry of the imposition of sentence Irika Shipping, S.A. will submit a list of at least three qualified candidates for the Court Appointed Monitor from which the Government will select one, subject to final approval by the Court. In the event that either the Government or the Court does not find one of the candidates satisfactory, or if the Government or Court does not find the work of the Court Appointed Monitor satisfactory, at any time the Government or Court may request Irika Shipping, S.A. to supply additional candidates. Further, if an agreement can not be reached regarding the selection, the decision shall be left up to the Court. The Government reserves the right to reject a proposed Court Appointed Monitor.

The Court Appointed Monitor must have staff with the following experience:

10

a. expertise and competence in the regulatory programs under United States and international marine safety and environmental laws; and

b. expertise and competence to assess whether Irika Shipping, S.A. has adequate management systems in place to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance.

c. demonstrated capability to evaluate Irika Shipping, S.A.'s required effort and commitment in satisfying the requirements of this EECP and the Irika Shipping, S.A. Management System, including the EMS.

Irika Shipping, S.A. shall ensure that the Court Appointed Monitor is on the distribution list and provided all internal and external audits as well as all reports and notifications as established in this plan.

The Court Appointed Monitor shall be assigned the following tasks and responsibilities and provide written submissions to the Court as follows:

- Review the relationship between Irika Shipping, S.A. and the EAG and Third Party Auditor and evaluate the adequacy of measures taken to ensure that the EAG and Third Party Auditor act with independence.

- Conduct a review and submit an annual report to the USPO, Irika Shipping, S.A., the designated representative of the U.S. Coast Guard and the designated signatory of the Government, regarding the rounds of audits conducted by the EAG and Third Party Auditor pursuant to the Plea Agreement and the EECP. The Court Appointed Monitor's reports shall provide a summary of the findings regarding the adequacy of the Ongoing Audits, and Final Audit required by this EECP, the adequacy of Irika Shipping, S.A.'s compliance with the EECP, and adequacy of recommendations for change, as found necessary.

- The annual report shall also include and address any other information that the Court Appointed Monitor is aware of which pertains to Irika Shipping, S.A. capabilities to meet the objectives of this EECP or any other marine environmental protection requirements, including all known inadequacies of the EAG, the Third Party Auditor or with respect to Irika Shipping, S.A. performance whether personnel based or related to any of their Vessels, systems, equipment, or components shall be reported in the annual report.

- If the Court Appointed Monitor receives information regarding a direct violation of any existing marine environmental protection requirement or requirement of this EECP, or a failure on the part of Irika Shipping, S.A. to act upon a recommendation of the EAG, the Court Appointed Monitor must immediately report the occurrence to the USPO and to the United States. At any time during the probationary period the Court Appointed Monitor may inspect or investigate any aspect of the EAG or Third Party Auditor activities as they relate to the requirements of this plan or with respect to Irika Shipping, S.A. operations, and

11

shall be provided full access to all records, audit personnel, Vessels, ship and shore staff, and shore side facilities as is necessary to perform its duties.

- Provide any additional reports, in both electronic and hard copy form, to the USPO, Irika Shipping, S.A., designated representative of the Coast Guard and the designated signatory of the Government, as requested by the Court or as appropriate and to include inadequacies in the audit process, violations of the terms and conditions of the EECP and EMS, as well as any other findings of significant problems or deficiencies.

## VII. AUDITING PROCESSES

This EECP requires three phases of audits and inspections:

- Initial Audit
- Ongoing Audit
- Final Audit

## A.    Initial Audit

An initial audit will be performed by the EAG on all Vessels to ascertain and evaluate all areas including their systems, equipment and components and current practices whether documented or not, the knowledge, skills, and abilities of ship and shore side personnel as they relate to the requirements of this EECP, the EMS, and maritime environmental protection requirements. The initial audit may be considered a discovery action or an investigation, in that its purpose is to review all areas of operation that can impact various elements of pollution prevention and environmental protection. Exceeding a typical SMS audit or vetting process, it is used to determine practices, procedures and equipment conditions not typically documented during a routine inspection by class society, port or flag state inspection. The results of the initial audits are used to shape and revise as needed the Management System established by this EECP.

Each audit shall:

Be performed while the Vessels are underway when systems are in operation and when personnel are performing their normal routines.   External auditors will schedule audits with reasonable consideration of and regard for the vessels' schedules to minimize operating delays and costs.

- Assess all waste streams developed from any system, equipment and components found in any engine room, machinery space or pump room onboard the Vessels. This will include observation and documentation describing the leakages apparent on every system that can contribute to bilge loading. The audit will determine the status and quantify leakages stemming from;

12

- o all pump and valve seals and glands during operation,
- o all piping systems, flanges, gaskets, fittings and joints,
- o all equipment casings such as main and auxiliary engines, reduction gears,
- o operation of engines, boilers, incinerators, evaporators and,
- o every other mechanical component found aboard the Vessels.

- Assess the adequacy and performance of the Oily Water Separator, Oil Content Meter, Incinerator, Sewage System and any other pollution prevention equipment to handle the quantities and types of wastes developed during normal operations, always in compliance with MARPOL 73/78 requirements of vessels of this type. This assessment shall include an evaluation of the capacities for all tanks or containers associated with the management of sludge, bilges and oily wastes or other wastes. It shall include an evaluation of documentation tracking, maintenance and repair, modifications of all pollution prevention equipment, and notifications of equipment failure to shore side personnel.

- The assessment of the adequacy and performance of the Oily Water Separator and Oil Content Meter will specifically include an operational test of the system under actual operational conditions, with consideration of the manufacturer's recommendations. This test shall include one (1) hour of continuous processing of the contents of the Bilge Holding Tank without dilution, conducted in the presence of the auditor(s), Chief Engineer, First Engineer, and any other engine room personnel assigned responsibility for the operation and/or maintenance of the Oily Water Separator. If an actual discharge is not feasible due to the location of the Vessel, then the discharge shall be through the recirculation line in accordance with procedures approved by Class. Soundings of the Bilge Holding Tank shall be made before and after the test and made a part of the audit record. All alarms shall be recorded and made a part of the audit record. All of the above shall be recorded in the Engine Room Oil Record Book. In the event that the assessment determines that the Oily Water Separator is not adequate, then an immediate report shall be made to the Corporate Compliance Manager, Operational Compliance Officer, the designated representative of the Coast Guard, USPO and the designated signatory of the Government. A copy of the engine room alarm printout and Environmental Logging System tape (if applicable) shall be retained and appended to the Oil Record Book page documenting this test. Data obtained during the audits shall be retained by the EAG.

- Assess each Vessel's crew and their ability to handle the operational, maintenance and repair workloads in maintaining all systems, equipment and components onboard in an effort to minimize waste stream development and to determine if the size of the engineering crew is adequate for workloads;

- Assess the adequacy of the EMS, procedures, current practices and equipment, including storage capabilities used to manage shipboard solid wastes generated in all areas of the Vessel and the effectiveness of garbage management plans;

- Assess the machinery spaces for unauthorized ways to dispose of waste;

- Assess the adequacy of the Vessel crewmembers to maintain the following records, including a complete comparative analysis of recorded values (against each other where possible) of the following records, if applicable:

  - Oil Record Book
  - Engine Room Alarms
  - Tank sounding sheets
  - Personnel work records and lists
  - Maintenance records
  - Vendor service records
  - Bilge waste and sludge receipts
  - Deck Log
  - Garbage Record Book
  - Oil to Sea Equipment Interface records
  - Hazardous waste manifests
  - Solid waste discharge receipts
  - Oil Content Monitor (OCM) calibration records
  - Training records
  - Inspection Documents
  - EMS or SQE Audit documents

- Assess the adequacy of the policy, procedures, and current practices used to store and dispose of the following, if applicable:

  - Solvents
  - Degreasers Cleaning wastes
  - Batteries
  - Paints
  - Oily rags
  - Fluorescent and incandescent bulbs
  - Expired boiler and engine chemicals
  - Used boiler and engine chemicals
  - Galley greases
  - Pyrotechnics
  - Medical supplies
  - Contaminated bunkers
  - Used Oils and greases
  - Incinerator ash
  - Transformer oils
  - Contaminated refrigerants

- o Hazardous materials

- Assess and evaluate documentation that all Vessel officers understand the requirements of the EMS.

- Assess the EMS and current practices and procedures associated with the Master and Chief Engineer's capability to communicate regarding issues relating to the EMS with shore side personnel including the Corporate Compliance Manager and other appropriate managers as required under Irika Shipping, S.A. Management System, and review such communications;

- Assess the frequency and adequacy, through interviews of crewmembers, of shipboard pollution prevention and environmental protection meetings and training;

- Assess the EMS, and current practices and procedures used on Vessels and ashore to track crewmember environmental training, as well as the availability of and access to training resources;

- Assess the adequacy of reference materials related to each environmental procedure required by this EECP, the EMS and the maritime environmental protection requirements;

- Assess the adequacy of existing reporting methods to report environmental concerns and evaluate the capability of a reporting individual to remain anonymous, and review processes for handling environmental concerns from crewmembers and shoreside personnel. Evaluate the adequacy of signage and instructional material relevant to use of the existing reporting methods;

- Assess the EMS to ensure that Vessel vendors, technicians, and other non-crewmembers follow Irika Shipping, S.A. requirements regarding pollution prevention and environmental protection;

- Assess the EMS to manage any existing Environmental Tag System tracking and valve locking program including the storage of Environmental Tags, preventing the use of duplicate Environmental Tags;

- Assess the EMS and equipment used to maintain refrigeration units, includes availability and status of refrigerant recovery units, procedures for recovering refrigerants and maintenance of a leak log;

- Assess the EMS and equipment related to Oil Transfer Procedures, including slops, bilges and sludge discharges, conditions of hoses, connections and transfer equipment, including reviews of Declarations of Inspections, and methods in place to prevent illegal discharges via the shore connections;

- Assess the EMS and equipment used to handle emergency releases of hazardous fluids or pollutants on deck or within machinery spaces of Vessels, includes a review of the Shipboard Oil Pollution Emergency Plan and including evaluation of personnel performing such duties;

- Assess all records related to any failure of existing safety or other management systems, including a review of nonconformities and respective corrective actions;

- Assess the EMS associated with ballast water management and invasive species requirements;

- Assess the availability and content of various manuals, schematics and documents required in the use of all pollution prevention equipment and activities.

- Make recommendations for improvement regarding any of the above.

**B.    Ongoing audits**

Ongoing audits will consist of all the elements of the initial audit and any additional requirements created during the development and implementation of the EMS. Where deficiencies and non-conformities are noted during audits, Irika Shipping, S.A. must manage a corrective action plan which provides details related to correcting the deficiencies or major non-conformity, including responsible persons required to perform such actions, additional resources if any, and intended timelines for completion.

**C.    Final audit**

The final audit shall be performed by the Third Party Auditor to assess Irika Shipping, S.A.'s full implementation of the EMS and to evaluate, for the Court and the Government, Irika Shipping, S.A.'s capability to ensure and sustain complete compliance with the requirements of this EECP, the EMS, and other maritime environmental protection requirements. The use of the Third Party Auditor shall provide independent verification of the status of compliance with the EECP. Irika Shipping, S.A. will submit a list of at least three qualified candidates for the Third Party Auditor not later than three years after the start of the probationary period from which the Government will select one, subject to final approval by the Court. In the event that either the Government or the Court does not find one of the candidates satisfactory, or if the Government or Court does not find the work of the Third Party Auditor satisfactory, at any time the Government or Court may request Irika Shipping, S.A. to supply additional candidates. Further, if an agreement can not be reached regarding the selection, the decision shall be left up to the Court. The Government reserves the right to reject a proposed Third Party Auditor.

**D.    Deficiencies**

16

A deficiency is any violation of marine environmental protection requirements (see para I, above) and the additional requirements and policies established by this plan itself. Audit reports shall identify and explain in narrative form all deficiencies noted during the audit process. If appropriate a recommendation may be developed by the EAG or Third Party Auditor for each deficiency noted.

## E.   Major Non-Conformities

In the context of this EECP and the work of the EAG or Third Party Auditor a Major Non-Conformity is a violation of marine environmental protection requirements (see para I, above) or requirements and policies established by this plan itself that consists of or contributes to the discharge of prohibited wastes, oil or oily wastes or results in deliberate falsification of log entries or other records. It may also include the discoveries whereby pollution prevention equipment is determined to be inadequate in terms of processing and monitoring capabilities, or inadequate with respect to the quantities of wastes it is required to process. The EAG or Third Party auditor shall make immediate notifications to Irika Shipping, S.A., the Court-Appointed Monitor and Government when such discoveries are made. The notifications may include a recommended course of action.

The CCM shall establish a corrective action plan for all deficiencies taking into account any recommendations. Major non-conformities must be addressed immediately. For deficiencies, the plan shall, at a minimum, require corrective action within 30-60 days from notification. The CCM shall report annually on the status of implementation of each corrective action to the USPO, the designated government official, U.S. Coast Guard Commandant, Office of Vessel Activities (CG-543) and to Irika Shipping, S.A.'s General Manager, Board of Directors and owner of the vessels managed by Irika Shipping, S.A.

## VIII. External Audit Group (EAG)

The defendant has proposed and the government has accepted Alpha Marine Services, Ltd., as the External Audit Group ("EAG"). In the event that either the Government or the Court does not find the work of the EAG satisfactory, at any time the Government or Court may request Irika Shipping, S.A. to supply additional candidates. Further, if an agreement can not be reached regarding the selection, the decision shall be left up to the Court.

The EAG shall employ experienced senior level Marine Engineers (Chief, First or Second Engineers) or other personnel with expertise in machinery space operations to perform shipboard machinery space audits. Since the assessments and audits require a comprehensive understanding of machinery space operations, former or current Masters, Chief Mates and other deck personnel or strict regulatory experts alone may be considered inadequate for performing work in the machinery space

17

An organization that has provided auditing services to Irika Shipping, S.A. within one year prior to the signing of this agreement may be considered by the Government and Court to serve as the EAG, only if the environmental audit criteria detailed in Section VII of this EECP are followed.

The EAG shall conduct the Initial audit described herein and issue a Report of Findings. Qualified candidates for the EAG include individuals or firms that have staff capable of applying International Standards Organization ("ISO") 19011 environmental management auditing criteria and have the following experience: experience as a shipboard Chief Engineer; expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments, sufficient expertise and competence to assess whether Irika Shipping, S.A. has adequate policies, procedures and equipment in place to assure compliance with the EECP and to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance. The EAG shall not be filled by any individual or entity associated with the Classification Societies or Flag Administrations to which any Vessel is classed or registered during the term of probation.

During the term of probation, the EAG shall not directly own any stock in Irika Shipping, S.A. and must have no other ongoing contractual or business relationship, other than that of the EAG with Irika Shipping, S.A., unless expressly approved by the Government. The EAG must exercise independent judgment and ensure that the objectives of the Government as set forth in this EECP are met. Irika Shipping, S.A. and the EAG shall disclose to the USPO and the designated signatory of the Government any new contractual relationships or proposed contractual relationships between Irika Shipping, S.A. and the EAG that did not exist at the time of the signing of the Plea Agreement.

The EAG shall function independently of Irika Shipping, S.A.. The EAG shall not receive or request approval of any form from any employee of Irika Shipping, S.A. regarding the development, clearance or evaluation of any document, report, or communication of any kind, whether draft or final required by this EECP.

The EAG must have adequate staff to perform the work required of this EECP. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and abilities of the EAG and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite.

The EAG agrees to provide the Court Appointed Monitor full access to all records, personnel (including auditors) and any other information associated with its responsibilities in fulfilling the requirements of this EECP.

**A.    Audits**

The EAG shall have full access to Irika Shipping, S.A. employees and officers, company records, its Vessels and shore side facilities as may be necessary to perform its auditing function.

The EAG shall perform two rounds of audits on the vessels and shore side offices of Irika Shipping, S.A. subject to the EECP. The first round, to occur during the first year of probation, shall consist of all Vessels owned or operated by Irika Shipping, S.A. or otherwise subject to this EECP and Irika Shipping, S.A.'s headquarters shore side office. The second round shall take place during the second and third years of probation and consist of all Vessels owned or operated by Irika Shipping, S.A. or otherwise subject to this EECP and Irika Shipping, S.A.'s headquarters shore side office. There will also be a third round of audits to take place in the fourth and fifth year of probation by a third party auditor (see paragraph IX) and shall consist of all Vessels and headquarters shore side office and be concluded as least four months prior to the expiration of the period of probation. The content of the audits is described in Section VII.

In an effort to fully investigate shipboard policies, procedures, conditions and equipment the EAG may not share in advance to any of Vessel its audit checklists or other materials used to perform Vessel audits. Audit check list items shall include narrative statements indicating how audit determinations were made. All identified audit check list item deficiencies or major non-conformities shall be described in narrative detail.

All Vessels shall have at least one audit conducted to the same terms of reference as the EAG set out in Section VII during the period of probation. Vessels not audited by the EAG will be audited by the Environmental Quality Department. Reports of these audits will be submitted to the OCO under the same conditions as the EAG audits.

The EAG shall have the sole discretion to select which Vessels to review and evaluate consistent with scheduling and availability of those Vessels. The audits may take place overseas and/or during coastwise voyages. In order to achieve the objectives of this EECP the audits shall take place while the Vessel is underway unless specifically authorized by the Government. Audits shall include a comprehensive evaluation of Irika Shipping, S.A. operations onboard Vessels. The content of the audit shall follow at a minimum the audit criteria addressed in Section VII of this EECP.

The CCM shall ensure that the Court Appointed Monitor is notified when compliance audits are scheduled. A designated representative of the Government may participate in the compliance audits as an observer at Government expense as long as such participation will not delay or otherwise interfere with any such audit.

If during the audits it is determined by the CCM/OCO or the Government that Irika Shipping, S.A. has inadequate policies, procedures and equipment in place to ensure EECP and regulatory compliance, to correct non-compliance, or to prevent non-compliance, Irika Shipping, S.A. will provide all necessary funding and resources to

facilitate implementation of corrective measures recommended by the CCM/OCO or the Government.   Also, if during any audit a violation of existing marine environmental protection requirements is noted, the EAG shall immediately notify the CCM/OCO. The CCM/OCO shall ensure that the necessary notifications occur as required by applicable international and/or United States laws and regulations.   For violations of United States laws and regulations, the CCM/OCO shall ensure that the designated signatory of the Government and the designated representative of the Coast Guard are immediately notified.

Conflicts pertaining to the interpretation of this ECP and its requirements (including timetables) or with respect to recommendations made by the EAG to Irika Shipping, S.A. as a result of an observation, noted deficiency or major non-conformity must be included in the audit report by the EAG and reported to the USPO, the designated government official, U.S. Coast Guard Commandant, Office of Vessel Activities (CG-543) and to Irika Shipping, S.A.'s Board of Directors and President or Managing Director of Irika Shipping, S.A..

The EAG retains the right and is expected to notify the government if it believes that Irika Shipping, S.A. is uncooperative or unwilling to take action on recommendations. The EAG reserves the right to recommend machinery space capital improvements, equipment upgrades and replacement if such equipment is determinate inadequate to perform its required function or if such technology has become out-of-date.

EAG retains the right to perform follow-up audits for the basis of verifying actions taken on recommendations.

EAG and Irika Shipping, S.A. further agree to provide to the government its contractual agreement detailing the scope of work which will be performed.

An audit report shall be produced for each Vessel and shoreside facility. The report shall contain detailed audit findings, including the basis for each finding and identify areas of concern.   EAG audit reports shall include recommendations based on observations, deficiencies, or major non-conformities identified.   Irika Shipping, S.A. shall take action on all recommendations made by the EAG. Any corrective measures taken at the time of discovery will be included in each report. Further, each report shall contain information related to the Audit's administration and identify the following:

- Audit scope, including the time period covered by the audit.
- The date(s) the on-site portion of the audit was conducted.
- Identification of the audit team members.
- Hours spent during onboard phase of audit for each Vessel.
- Identification of the company representatives and regulatory personnel observing the audit.
- The distribution list for the EAG Audit Report.
- Summary of the audit process, including any obstacles encountered.