All audit reports shall be submitted, in both electronic and hard copy form, to the USPO, Irika Shipping, S.A., designated representative of the Coast Guard and the designated signatory of the Government, along with the audit working papers and any correspondence related to the audits.

All audit reports shall also include narratives of any conflicts in interpretation of EECP requirements between the independent auditor and Irika Shipping, S.A. (including Irika Shipping, S.A. counsel).

## B.    Report of Findings

At the conclusion of each annual round of audits the EAG shall develop a Report of Findings which summarizes the reviews. The Report of Findings must be completed within 60 days of completion of each annual round of Audits. The Report of Findings will incorporate information obtained from the individual Audit Reports and will provide Irika Shipping, S.A. recommendations that could improve its EMS.

If the EAG believes it is unable to complete its Report of Findings within the 60 day period and believes that additional time is needed to analyze available information, or to gather additional information, Irika Shipping, S.A. may request that the Court grant the EAG such additional time, as required. The Government agrees to support all such reasonable requests.

Irika Shipping, S.A. agrees to develop and submit within 60 days (of completion of the Report of Findings) to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard for review and comment, in both electronic and hard copy form, a response to the EAG report.

If Irika Shipping, S.A. believe that it is unable to develop and submit a response within 60 days to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard for review and comment, Irika Shipping, S.A. may request that the Court grant Irika Shipping, S.A. additional time, as required.

In all events the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard will have 30 days to reply to Irika Shipping, S.A. response. If no reply is provided, Irika Shipping, S.A. may assume that their response is accepted.

## IX. Third Party Auditor / Final Audit

Not later than 24 months before the expiration of the period of probation, Irika Shipping, S.A. shall submit at least three proposed qualified candidates for the position of Third Party Auditor ("TPA").  The Government, subject to final approval by the Court, shall select the EAG candidates from among the proposed candidates.  If none of the proposed candidates is acceptable, the Government shall request Irika Shipping, S.A.

supply at least three additional candidates.  Further, if an agreement cannot be reached regarding the selection, the decision shall be left up to the Court.  The Government reserves the right to reject a proposed TPA before the end of the probationary period.

The Third Party Auditor shall employ experienced senior level Marine Engineers (Chief, First or Second Engineers) or other personnel with expertise in machinery space operations to perform shipboard machinery space audits.  Since the assessments and audits require a comprehensive understanding of machinery space operations, Masters, Chief Mates and other deck personnel or strict regulatory experts may alone be considered inadequate for performing work in the machinery space.

The Third Party Auditor must meet the qualifications below, conduct a Final Audit and produce a Report of Findings. The purpose of the Final Audit is to assess whether Irika Shipping, S.A. has achieved full implementation of the EECP and to evaluate for the Government Irika Shipping, S.A. capability to ensure and sustain complete compliance with the requirements of this ECP and other marine environmental protection requirements.

The Third Party Auditor will be certified by the American National Standards Institute-Registration Accreditation Board or will have comparable credentials and experience in performing EMS audits. Additionally, qualified candidates for the Third Party Auditor position include individuals or firms that have staff capable of applying ISO 19011 environmental management auditing criteria and have the following experience: expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments, sufficient expertise and competence to assess whether Irika Shipping, S.A. has adequate policies, procedures and equipment in place to ensure EECP and regulatory compliance, to correct non-compliance, and to prevent future non-compliance.

The Third Party Auditor shall not receive or request approval of any form from any of Irika Shipping, S.A. employees, regarding the clearance or evaluation of any document, report, or communication of any kind, as required by this EECP, whether draft or final provided to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard.  The Third Party Auditor must not directly own any stock in Irika Shipping, S.A. and must have no other present, ongoing or pending contractual or business relationship with Irika Shipping, S.A..

The Third Party Auditor will be expected to fully apprise  Irika Shipping, S.A., the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard of all circumstances regarding non-compliance with this EECP and other marine environmental protection requirements. The Third Party Auditor recognizes that failure to be forthcoming, or any efforts to

defraud, hinder or delay the reporting of information may be a violation of United States law and will be treated accordingly.

The Third Party Auditor must have adequate staff to perform the work required of this EECP. The workload of the Third Party Auditor with respect to work associated with other plea agreements will be assessed. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and abilities of the Third Party Auditor and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite. The Third Party Auditor must meet or exceed the requirements for independence and lack of conflicts described above for the EAG.

The Third Party Auditor agrees to provide the Court Appointed Monitor full access to all records, personnel (including auditors) and any other information associated with its responsibilities in fulfilling the requirements of this EECP.

## A.    Final Audit

The Third Party Auditor shall perform a review and analysis of Irika Shipping, S.A.'s implementation of this EECP and the EMS. The scope of the Final Audit shall consist of an onboard and underway review of all Vessels owned or operated by Irika Shipping, S.A. and the headquarters shore side office of Irika Shipping, S.A. The Third Party Auditor must use the criteria set forth in section VII and is also expected to update the audit requirements based upon the most up-to-date revisions of the EMS. The Third Party Audits may begin no earlier than 20 months prior to the end of the probationary period and must be conducted at least four months prior to the expiration of probation. Refer to Sections I and IX, "Applicability and Purpose," "Acquiring Additional Vessels" and "Fleet Acquisitions" for determining the number of Vessels for the purpose of the Final Audit.

The Final Audit Report produced by the Third Party Auditor shall be submitted, in both electronic and hard copy form, at least two months before the end of the probationary period to Irika Shipping, S.A., the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard along with any working papers and correspondence related to the audit. The Third Party Auditor is expected to evaluate whether or not Irika Shipping, S.A. is in full compliance with the requirements of this EECP, the EMS and other marine environmental protection requirements. The Final Audit Report shall contain detailed recommendations to Irika Shipping, S.A., the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard, suggested improvements that should be made to the EMS, with the goal of adding value to and increasing the effectiveness of the EMS and where necessary bring Irika Shipping, S.A. into complete compliance with this EECP and other marine environmental protection requirements.

In addition to the full compliance recommendation, the Final Audit Report shall contain Detailed Audit Findings, including the basis for each finding and identified areas of concern. Descriptive narratives pertaining to the different audit criteria are expected. When employees are evaluated for a particular topic their names must be provided. Audit documents or checklists that contain inclusive statements must include detail describing how the inclusive nature is determined. For example, a check list item that states "all crewmembers are aware of Irika Shipping, S.A. environmental policy" must state how that fact is determined. Any corrective measures taken at the time of discovery will be included in each report. Further, the report shall contain information related to the Audit's Administration and identify the following.

- Audit scope, including the time period covered by the audit.
- The date(s) the on-site or ship portion of the audit was conducted.
- Identification of the audit team members and their total number of hours on site or Vessel.
- Identification of the company representatives and regulatory personnel observing the audit.
- The distribution list for the Final Audit Report.
- Summary of the audit process, including any obstacles encountered.

## X. ENGINEERING REQUIREMENTS

Unless otherwise stated, all of the Engineering Requirements set forth below shall be implemented on Vessels as soon as practicable, as determined by the Corporate Compliance Manager and not later than one year from the date of the signing of the plea agreement.

### A.    Oily Water Separator Retrofit Requirements

Within 18 months from sentencing Irika Shipping, S.A. will submit a report to the designated signatories of the government, the USPO and the Court Appointed Monitor indicating the exact model of oily water separator and oil content monitor on board each vessel that it owns or operates and ensure that all such vessels are equipped with an oily water separator system that complies with the Marine Environment Protection Committee Resolution, MEPC.107(49), of the International Maritime Organization.

### B.    Environmental Tag System

Irika Shipping, S.A. shall implement an Environmental Tag System (ETS) that prevents unauthorized usage or connections within the engine room and machinery spaces. Irika Shipping, S.A. shall install uniquely numbered seals to prevent the unauthorized connection to and discharge through piping systems that are or may be connected to the oily bilge system.

The ETS seals shall be non re-usable and uniquely numbered. An ETS log shall be maintained by the Master and Chief Engineer that records each time a seal is affixed or

removed, including the date, time, seal number removed, seal number affixed, personnel involved, and reason for any seal removal/replacement.

The Master of the Vessel shall retain the replacement environmental tags under his control in a secure location. The Corporate Compliance Manager will be responsible for ensuring fleet wide that no duplication of ETS seal numbers occur and will have a master tracking document indicating which series have been supplied to each Vessel. The Master and Chief Engineer shall together inspect the tags at the sign on and sign off of each Chief Engineer and record the results of the inspection in the ETS log. Any broken or missing tags shall be reported immediately to the CCO.

## C.   Bilge Main Cross - Connections

Irika Shipping, S.A. shall immediately notify all of its Vessels regarding the prohibition against using cross connections from engine room bilge mains to the suction piping of larger pumps which may be referred to as the "fire and general service pump" or "fire, bilge and ballast" pump. Their message shall state that the usage of these crossovers is similar to bypassing the OWS equipment and is strictly prohibited. Cross connections to eductor systems capable of pumping out bilge wastes will also be referenced.

The deck plates above or near the locations of these cross connections and the valves bodies and associated hand wheels shall be painted international orange. A brightly colored sign with three inch letters shall be permanently fixed nearby - "Bilge System Piping Crossover - Emergency Use Only"

To prevent unauthorized usage, Irika Shipping, S.A. shall place ETS tags on these valves.  The ETS log shall track anytime a crossover to the bilge main is opened. (If the valves are remotely operated from the engine control room the associated push button must be unable to be used without breaking an Environmental Tag and a suitable sign must be posted near the associated push buttons or switches providing similar restrictive language above as to its use.)

## D.   Emergency Bilge Suctions

All other bilge suction valves not connected to the bilge main, and independent emergency suctions to the Vessel's engine room bilges like those which may be connected to sea water circulating pumps shall be painted brightly and labeled similarly "Emergency Bilge Suction - Emergency Use Only." Their valve wheels will also have a numbered and logged ETS tag capable of breakaway during emergency, testing, and maintenance. ETS tag numbers shall be kept in the Chief Engineer's official ETS log book and explanations given for breakage or replacement.

## E.   Blank Flanges

To prevent unauthorized connections within the engine room and machinery spaces of Irika Shipping, S.A. Vessels, every blank or potentially removable flange associated with

any piping leading overboard, on systems such as salt water service, main engine raw water cooling or other systems, shall be permanently secured, removed or fitted with numbered ETS tags through the flange bolts that will break when the bolt is removed to prevent unauthorized connections and discharges. The ETS tags used shall be numbered and records kept in the previously mentioned log.

The blank flange securing the bilge and sludge transfer system shore connection discharge valve at the discharge stations shall also require a numbered Environmental Tag, which will be maintained. ETS tag numbers shall be kept the Chief Engineer's official ETS logbook.

## F.    Additional OWS / OCM Requirements

Within twelve months of the date of sentencing, Irika Shipping, S.A. will take effective action to make the OWS/OCM tamper proof.   In particular, Irika Shipping, S.A. will install control mechanisms to prevent the use of fresh water to flush the OCM during an OWS discharge.   The sample line from the OWS discharge connection to the sample/flush line control valve will be painted a bright color to distinguish it from other tubing and piping in the area. The line must be routed so it is clearly visible to the extent possible for its entire length. No additional connections or tees of any kind may be added to the line.

The end connecting to the OWS discharge pipe may be fitted with a manual valve or petcock, or tamper proof automatic valve.   The tube end fittings and the valve handle must be fitted with a numbered seal that will break if the valve is closed, removed, or if the tubing connection nut is loosened.   The end nearest the sample/flush line control valve and any tubing in between the control valve and the OCM will be similarly protected to prevent any disassembly of the sensing system.

Irika Shipping, S.A. shall perform testing that ensures the OCM requires a sample flow for normal operation and control. Any OCM that allows the OWS to function normally without sample flow is prohibited unless all valves from the OWS discharge to the sample / flush line control valve are removed. Irika Shipping, S.A. shall ensure that every Vessel's OWS is configured and capable of being fully operationally tested in port with the skin valve closed.

Irika Shipping, S.A. shall perform monthly operational tests of the OWS and OCM.  The test shall be logged in the Vessel's Engine Room Oil Record Book by the Chief Engineer and a report sent to Irika Shipping, S.A.. A consolidated report will be sent to the OCO and the CCM.

Irika Shipping, S.A. shall recalibrate the OCM at least annually.   Certificate of calibrations must be retained onboard the Vessel.

Irika Shipping, S.A. shall clean the OWS source tank and remove any accumulated oil at least every six months. These activities will be logged in the Oil Record Book by the Chief Engineer.

## G.      Record Keeping

All Soundings and Logs required by this section shall be maintained onboard the Vessel for a period of three years from the date of the final entry.

## H.      Oil Record Book Entries

Entries made into the Engine Room Oil Record Book shall be made by the Chief Engineer and each page shall be signed by the Vessel's Master, Chief Engineer and all other engineers.

## I.      Tank Sounding Record Book

Vessel personnel shall be required to sound all waste, sludge and bilge tanks, associated with bilge water, and/or oil wastes daily. The Tank Sounding Record Book shall be initialed by the person who conducted the sounding.    Readings shall be taken at least every shift and at least every six hours.  The Tank Soundings Record Book shall be maintained in the engine control room and made available during all inspections and audits required by this agreement.

## J.      Fuel Oil/Lube Oil Purifier Settings and Line Breaks

Irika Shipping, S.A. shall have a standard system for monitoring fuel oil and lube oil management including the operation of the fuel oil and lube oil purifiers and line or piping failures.  Irika Shipping, S.A. shall ensure the hour meters will be installed on the related motor controllers if not currently available. Any incident involving ships receiving poor quality fuel shall be noted.  References to appropriate receipts shall be made.

Any extraordinary operations such as the need for frequent draining of fuel oil service and settling tanks, and engine lube oil sump tanks of excessive water, or other problems such as waxing, compatibility, stratification or contamination shall be noted, including shoot settings, and explanations provided for the handling of unburned sludges, oils, oily wastes, and used filters.

Any line or component on a fuel, lube, or waste oil system fails, including high pressure lines on diesel engines, or due to an operational error, a record shall be made and a notation given as to the quantity released and an explanation given as to how the unintended released fluid was handled. Additionally, any unintended releases of quantities of water, salt, fresh, condensate, or cooling shall also be recorded. The most senior engineer involved in any of the circumstances previously described will make the entry and provide his or her signature.

### K.    Oil-to-Sea Interfaces

Irika Shipping, S.A. shall have a standard system for monitoring equipment having oil-to-sea interfaces. Such interfaces may include oil lubricated stern tubes, bow or stern thrusters, stabilizers, hydraulically operated controllable pitch propellers, and similar equipment whereby the leakage of a sealing component may cause a loss of operating medium into the surrounding waters of the Vessel. Any replenishment of oil into the head tanks, operating systems reservoirs or other receivers associated with this equipment shall be logged regardless of quantity. Ingress of water or drainage of water into or from these systems must also be logged.

When known, an explanation of the loss shall be provided, along with dates and time and signature. Routine stern tube lube oil loss must be logged and reported immediately on each occasion. If any Chief Engineer fails to promptly and accurately report these conditions Irika Shipping, S.A. will investigate and take appropriate action, which may include termination of employment.

### L.    Fleet Engineering Survey

Within twelve months of the date of sentencing, Irika Shipping, S.A. shall survey all shipboard engineers serving on all vessels subject to this EECP at all levels for information on how to make the OWS, OCM, associated systems and waste management processes tamper proof and for methods on reducing or handling waste accumulations within engine rooms, machinery spaces or pump rooms.  An assessment requesting the frank opinions of the Vessel's engineers into their ability to adequately maintain the Vessel systems, equipment and components will be included.  The survey will emphasize non-retaliation for open and honest opinions and reports of current non-compliant circumstances.

The CCM/OCM shall evaluate the responses and establish a plan to evaluate, test and implement viable tamper-proofing solutions, methods to reduce and handle waste accumulations, cargo slops, as it relates to tanker vessels, and address the maintenance concerns suggested by the Vessel engineers.  A summary of the reported information and corrective actions will be provided to the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard.  Within twelve months of the date of sentencing, Irika Shipping, S.A. will take effective action to make the OWS/OCM tamper proof on all Vessels owned or operated by Irika Shipping, S.A.

## XI. TIME REQUIREMENTS – Submittal of Environmental Management System

Irika Shipping, S.A. shall submit copies, in both electronic and hard copy form, of its Management System to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard not later than twelve months before the end of the probationary period.

The USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard may provide comments on the EMS within sixty (60) days of receipt unless additional time for review is requested in writing. Irika Shipping, S.A. shall submit a written response, as appropriate, within sixty (60) days of receipt of any comments provided.

If the Final Audit Report produced by the Third-Party Auditor recommends substantial revisions to Irika Shipping, S.A. Environmental Management System, Irika Shipping, S.A. shall re-submit revised copies, in both electronic and hard copy form, of the System to the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard for review.

The USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard may review the system and make a recommendation to the Court as to its acceptance of the Environmental Management System.

## XII. CHANGES IN TECHNICAL MANAGEMENT

Irika Shipping, S.A. agrees that it will immediately notify the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard of any change in name, flag of registry, recognized organization, ownership or class society of any Vessel. Irika Shipping, S.A. shall also forthwith provide the names of any additional Vessels that, during the period of probation, come to fall within the definition of Vessel provided in Section I.

### A.    Acquiring Additional Vessels

When additional vessels come under the definition of Vessel provided in Section I, they shall be subject to this EECP.

New Buildings - Irika Shipping, S.A. shall perform a waste stream analysis on each class of new buildings of oceangoing vessels for which it contracts. It shall ensure that there is a balance between the estimated waste stream generated and the capacity of the vessels' disposal equipment to properly dispose of the waste generated in accordance with applicable MARPOL 73/78 regulations.

Additional Vessels – Except in the case of a Fleet Acquisition, when Irika Shipping, S.A. acquires or assumes technical management of additional Vessels, it shall perform an audit of the environmental capabilities of each Vessel within 30 days of acquisition or assumption of technical management and prior to any United States port call in accordance with the same audit requirements contained in Section VII of this EECP.

### B.    Fleet Acquisitions

For the purpose of this EECP, a "fleet" is defined as 5 or more Vessels.

29

If Irika Shipping, S.A. acquires or assumes technical management of a fleet more than 6 months before the end of the probationary period, Irika Shipping, S.A. must perform an Initial Audit as defined in Section VII of this EECP on all Vessels in the newly acquired fleet. A fleet acquired more than 12 months before the end of the probationary period will be subject to selection for auditing by the Third Party Auditor as any other Vessels. These ships will also be counted when determining the number of Vessels for the purpose of the Final Audit requirement in Section IX, Final Audit, of this EECP.

If a fleet is acquired less than 6 months before the end of the probationary period, Irika Shipping, S.A. must take reasonable measures to ensure as much as is practicable that each Vessel receives an Initial Audit as defined in Section VII of this EECP.  A fleet acquired with less than 12 months prior to the end of the probationary period will not be subject to selection by the Third Party Auditor nor will those ships be counted when determining the number of Vessels for purposes of the Final Audit requirements in Section IX, Final Audit, of this EECP.  Irika Shipping, S.A. shall notify the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard of any fleet acquisition.

Irika Shipping, S.A. agrees that this EECP and its requirements in its entirety shall remain in effect for all of the aforesaid Vessels regardless of changes in the Vessels' flag of registry, recognized organizations, name, or class society.  Irika Shipping, S.A. shall notify the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard before any Vessel is released from the requirements of the EECP due to a change in technical management and/or manning or change in its use of the OWS.

## XIII. SELF-ENFORCEMENT

Irika Shipping, S.A. further agrees that it will undertake and implement the necessary procedures to ensure that this EECP and the associated requirements in their entirety are diligently complied with by the officers and crew of each Vessel, as well as by all shore side employees, managers and other employees involved with the operation, maintenance or repair of any Vessel. Among other efforts, Irika Shipping, S.A. shall establish internal auditing procedures using the criteria established in this EECP.

## XIV. SCHEDULE

The requirements of this EECP, including the dates and periods mentioned herein, shall be strictly complied with by Irika Shipping, S.A.. Should Irika Shipping, S.A. be unable to comply with any of the deadlines, Irika Shipping, S.A. shall immediately notify the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard.

## XV. REPORTS AND COMMUNICATIONS

For purposes of this Agreement, the "designated signatory of the Government" shall mean the undersigned representatives of the United States Attorney's Office for the District of Maryland and the Environmental Crimes Section of the United States Department of Justice, the "USPO" shall mean the United States Probation Office for the District of Maryland and the designated representative of the Coast Guard shall mean Commandant, Office of Vessel Activities (CG-543).

## XVI. ACKNOWLEDGEMENT

Irika Shipping, S.A. has read this EECP carefully and understand it thoroughly.  Irika Shipping, S.A. enters into this EECP knowingly and voluntarily, and agrees to abide by its terms.  By their signatures below, the corporate representatives agree that they are duly authorized by the Irika Shipping, S.A. Board of Directors pursuant to the same notarized legal document filed in <u>United States v. Irika Shipping, S.A.</u>  certifying that Irika Shipping, S.A. is authorized to enter into and comply with all of the provisions of this Plea Agreement.


For the United States:


ROD J. ROSENSTEIN
United States Attorney
District of Maryland

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division


By: _____
     P. Michael Cunningham
     Asst. U.S. Attorney

_____
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

ACKNOWLEDGMENT OF ENVIRONMENTAL COMPLIANCE PLAN

I have read this EECP, including attachments, in its entirety, and have discussed it with the directors and attorneys of the DEFENDANT on whose behalf I am signing below. I hereby represent that I am an officer of DEFENDANT and that I am duly authorized to enter into the plea agreement, including the EECP. I hereby acknowledge that the plea agreement and the EECP fully set forth the agreement of the DEFENDANT with the United States. I further state that there have been no additional promises or representations made to or for the benefit of the DEFENDANT by any officials of the United States in connection with this matter.

On behalf of the Defendant, Irika Shipping, S.A.

_SIONIDIS CHRISTOS_ _____

Representative of Defendant Irika Shipping, S.A.

Date: _18 - 06 - 2010._

I have been duly authorized by a corporate resolution to sign this EECP, which is attached to and incorporated into the plea agreement between Irika Shipping, S.A. and the United States.

_____
Counsel for Irika Shipping, S.A.

Date: _6 | 18 | 10_

_____
Counsel for Irika Shipping, S.A.

Date:_____

**Attachment 1**

**List of vessels covered by this agreement.**

MEDI CEBU – 9254460

ACHILLES II 9269001

THREE STARS – 9283655

IRIS II – 9286906

TAURUS II 9330111

FIRST I – 9423487

IORANA – 9465796

GEMINI S – 9465801

## ATTACHMENT 2
### Management System

The CCM shall be responsible for establishing an Environmental Management System (EMS).  To the extent possible the EMS shall be based upon the ISO 14001/2004 standards and address the following elements:

### Environmental Policy

The EMS should be based upon a documented and clearly communicated policy. This policy should set out Irika Shipping, S.A.'s commitment to a cleaner marine environment. It should include:

- provision for compliance with environmental requirements;
- commitment to continuous improvement in environmental performance, including those areas required by this EECP;
- commitment to pollution prevention that emphasizes source reduction, to include funding and human resources necessary to effectively maintain and repair the systems, equipment and components found in machinery spaces of Vessels;
- commitment to continuous reduction of environmental risks;
- commitment to sharing information with external stakeholders on environmental performance.

### Environmental Requirements and Voluntary Undertakings

The EMS must provide a means to identify, explain and communicate all environmental requirements and voluntary undertakings to all employees and to all vendors, technicians, and other non-crewmembers whose work could affect Irika Shipping, S.A.'s ability to meet those requirements and undertakings.

Environmental requirements include statutes, regulations, permits, and agreements such as this EECP. Voluntary undertakings include the adaptations of additional best practices or industry norms that Irika Shipping, S.A. may choose to adopt.

The EMS must include procedures for ensuring that the organization meets these environmental requirements, voluntary undertakings and the additional requirements of this EECP.  The EMS must also specify procedures for anticipating changes to environmental requirements including new requirements that may apply as a result of changes in operations and incorporating these changes into the EMS.

## Objectives and Targets

The EMS will establish specific objectives and targets for:

• achieving and maintaining compliance with all marine environmental protection requirements and the requirements of this EECP;
• training, educating and fostering among all shipboard and shoreside personnel the need for solid environmental stewardship through a conscious effort at pollution prevention and accurate recordation of shipboard evolutions;
• environmental performance demonstrating continuous improvement in regulated and non-regulated areas;
• pollution prevention that emphasizes source reduction with respect to engine room, machinery space waste streams and effective management of cargo related wastes.
• Sharing information with external stakeholders on environmental performance against all EMS objectives and targets.

The EMS must establish appropriate time frames to meet these objectives and targets. These must be documented and updated as environmental requirements change or as modifications occur in activities and structures within organizations in a manner that affects environmental performance or as a result of recommendations made by the Third Party Auditor.

## Structure, Responsibility and Resources

Irika Shipping, S.A. will ensure that it has sufficient personnel and other resources to meet its objectives and targets. The EMS will describe in detail the procedures and steps for achieving those objectives and targets.  The EMS will define the compliance roles and       responsibilities of all Vessel and shore side personnel involved with the operation,  maintenance, and repair of any Vessel, and will indicate how they and other corporate personnel will be held accountable for achieving and maintaining compliance with this EMS, the requirements of the EECP, and other marine environmental protection requirements. Additionally, it will describe how environmental performance and compliance information will be communicated to all vendors, technicians, and other non-crewmembers onboard each Vessel.  The EMS will also establish procedures for receiving and addressing concerns raised by these personnel regarding environmental performance and compliance.

## Operational Control

The EMS will identify and provide for the planning and management of all Irika Shipping, S.A.   operations and activities with a view to achieving the EMS objectives and targets.    For example, Vessel deck department, pump room, engine room and machinery space   maintenance and repair will be an important aspect in achieving and maintaining   compliance and enhancing environmental performance.

36

## Corrective and Preventive Action and Emergency Procedures

Irika Shipping, S.A. through its EMS, will establish and maintain documented procedures for preventing, detecting, investigating, promptly initiating corrective action, and reporting   (both internally and  externally), any occurrence that may affect the organization's ability to achieve the EMS objectives and targets.

Such measures must focus particular attention on incidents that may have an effect on compliance with environmental requirements as well as on environmental performance in regulated and non-regulated areas, including requirements of this EMS, the EECP or other marine environmental protection requirements.  Examples of such situations include incinerator or oily water separator malfunctions, overflows of tanks within machinery spaces, fuel oil, lube oil, saltwater line failures, operator errors and other accidental releases.

The EMS must also establish documented procedures for mitigating any adverse impacts on the environment that may be associated with accidents or emergency situations and for ensuring that similar incidents are avoided. The EMS must include procedures for tracking any preventive and corrective actions that are taken.  If the environmental violation or incident resulted from a weakness in the system, the EMS should be updated and refined to minimize the likelihood of such problems recurring in the future.  The EMS should also, to the extent possible, provide for the testing and evaluation of emergency procedures.

## Training, Awareness and Competence

The EMS must establish procedures to ensure that all personnel (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the EMS objectives and targets, have been trained and are capable of carrying out these responsibilities.  In particular, the training should highlight means to enhance the ability of such personnel to ensure compliance with environmental requirements and voluntary undertakings, the requirements of the EECP and other marine environmental protection requirements.  Additional training requirements are provided in **Attachment 3**.

## Organizational Decision-making and Planning

The EMS must describe how these various Management System elements will be integrated into the organization's overall decision-making and planning, in particular, decisions on capital improvements, training programs, and Vessel operations, maintenance and repair activities.  Specific information shall be provided relating to the additional resources and oversight required of older Vessels within its fleet.

## Document Control

The EMS must establish procedures to ensure maintenance of appropriate documentation relating to its objectives and targets and should also ensure that those records will be adequate for subsequent evaluation and improvement of the operation of the EMS. Additionally it will document the organization's state of compliance with marine environmental protection requirements and the requirements of the EECP. All records will be maintained and made available to the Third Party Auditor, and Port and Flag State Personnel.

## Continuous Evaluation and Improvement

The EMS must include methods to perform periodic, documented and objective auditing of the organization's performance in achieving these objectives and targets and on how well the EMS assists the organization in achieving those objectives and targets. This requirement is independent from the auditing requirements detailed elsewhere in this plan. The goal of these internal audits and reviews will be to allow management to continuously monitor and access Vessel systems, equipment and components, and the ability and proficiency at which Vessel crewmembers and personnel ashore comply to the policies and procedures established by this EMS.

**Additionally the EMS:**

Will identify an ongoing process for assessing operations for the purposes of preventing and controlling or minimizing waste stream development and releases, ensuring environmental protection, and maintaining compliance with a primary emphasis on marine engineering, Vessel engine room and machinery space systems, equipment and components and any shipboard systems having oil-to-sea interfaces. Includes criteria for when a Vessel is to be taken out of service for an environmental discharge related repair such as when caused by leaking stern tubes, thrusters or other equipment.

Will include organization charts, as appropriate, that identify shore side and Vessel individuals having environmental performance, risk reduction, and regulatory compliance responsibilities. Specifies responsibilities of Port Captains, Port Engineers, and Engineering Superintendents to report information related to environmental releases or inadequate performance of environmental pollution protection equipment, system casualties resulting in internal spills, excessive waste development and leaking equipment with oil-to-sea interfaces.

Will promote non-retaliatory practices and ensure that employees are not punished or otherwise suffer negative consequences for reporting violations of environmental laws, regulations, or policies. Also describes potential consequences for departure from specified operating policies procedures, including possible termination of employment; and liability for criminal/civil/administrative penalties as a result of noncompliance.

Makes employee compliance with environmental policies of the EECP, the EMS and other marine environmental protection requirements a positive factor, and failure to

comply a negative factor in all evaluations undertaken for the performance of all its employees.

Will include policies against any incentive or bonus programs based on minimizing operational costs associated with the operation, maintenance and repair of machinery space systems, equipment and components without ensuring that efficiency and performance are maintained. The intent of this policy is to ensure that employees do not avoid such costs and thereby sacrifice environmental compliance.

Will describe a confidential non-compliance reporting system that is adopted to ensure that employees may quickly and confidentially report discharges, spills, environmental incidents and other environmental performance data.

Will identify all operations and activities where documented standard operating practices (SOPs) are needed to prevent potential violations or unplanned waste stream releases, with a primary emphasis on marine engineering, Vessel engine room and machinery space operations, systems, equipment and components. Includes the development of SOPs and the manuals described in **Attachment 4**.

Will identify the types of records developed and maintained in support of the EECP and the EMS such as reports, audit working papers, correspondence, communications, reports from the confidential system for non-compliance reporting, and identify personnel responsible for their maintenance, and procedures for responding to inquiries and requests for release of information. Provides a system for conducting and documenting routine, objective, self-inspections by Irika Shipping, S.A. internal auditors, supervisors and trained staff to check for malfunctions, deterioration, and inadequate maintenance of pollution prevention equipment, worker adherence to SOPs, unusual situations, and unauthorized releases.

Will identify a dedicated financial stream which is rapidly and easily accessible for personnel training, parts inventory and ordering, and maintenance of pollution prevention equipment.

**Attachment 3**
**EMPLOYEE TRAINING PROGRAM**

The Corporate Compliance Manager will be responsible for ensuring there are training programs in place to educate and train Vessel and shore side employees associated with the operation and management of any Vessel. The CCM shall nominate an individual to act as a Group Training Manager who ensures that the requirements of this section are met.

Training shall occur for all such employees by qualified instructors at a training facility, which may include Computer Based Training on a ship or office before an employee assumes his or her duties. The training shall consist of pertinent sections of this EECP, the EMS, and existing marine environmental protection requirements. The training shall include shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems and be appropriate for the work responsibilities and department in which an employee works. The training must include discussion of the consequences Irika Shipping, S.A. and their employees for failure to comply with the requirements of this EECP, EMS and existing marine environmental protection requirements. Annual refresher training for all such employees must be performed by qualified instructors, and may be performed onboard ship by Computer Based Training.

Where possible a basic initial training program shall be provided to Vessel employees currently onboard Vessels in an effort to promptly mitigate pollution risk and ensure environmental protection. However, such employees must receive the shore side training prior to returning to a Vessel on a new contract

The Group Training Manager will maintain a catalog that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

Additionally the training shall include instruction regarding:

- Corporate environmental compliance structure including the Corporate Compliance Manager and contact information.
- Comprehensive overview of this EECP, the EMS and other marine environmental protection requirements.
- Sanctions and consequences for violations such as remedial training, suspension, termination, and civil and criminal liability.
- The reporting system used to report non-compliance.
- Pollution prevention and minimization programs specifically as it relates to steward, deck, and engine department procedures and operations.
- All requirements set forth in the Engineering section of this EECP.
- Position specific training in the operation, maintenance and repair of oily water

40

separators, incinerators, oil content discharge monitoring equipment and other pollution prevention equipment.
- Procedures for solid and hazardous waste segregation, storage and disposal and reporting of releases.
- All other shipboard environmental protection related procedures examined and described in the Section VII of this EECP.

## ATTACHMENT 4

### The Management System shall include:

**Bilge Water and Sludge Management**

- Describes Irika Shipping, S.A. policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for shipboard environmental compliance.

- Describes applicable EECP and EMS requirements, domestic and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards).

- Describes reporting requirements (including internal and external reporting requirements relating to spills and discharges).

- Contains a general overview of the engineering requirements of this EECP and includes bilge, oily wastes, sludge systems equipment and components that also includes manuals for incineration, separation and monitoring equipment and system schematics. Includes routine, daily and preventative maintenance and the identification and required inventory of all critical spare parts.

- Describes fundamentals and maritime practices of waste stream minimization including, engine room housekeeping, minimization of bilge loads and leakages, use of proper cleaning chemicals, and prevention of sewage and black water spills into bilge tanks in accordance with the requirements of this EECP the EMS and other marine environmental protection requirements.

- Describes system operation and procedures for usage of all associated bilge management equipment, the sealing and securing of associated valves, offloading procedures and necessary operational checklists.

- Describes record keeping of Oil Record Books that includes items to be recorded, as required by MARPOL and record keeping requirements of additional logs described in the Engineering section of this agreement.

- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability.

- Describes processes associated with the sealing and locking program for system crossover and connection valves where bilge systems tie into ballast, general

42

service and other pumping or eduction systems, and the processes for sealing other identified connections and other systems capable of bilge removal with the use of the OWS.

## Sewage Treatment

- Describes Irika Shipping, S.A. policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance.

- Describes applicable EECP and the EMS requirements, domestic and international
  laws, regulations and standards which includes applicable portions of the CFR, other pertinent pollution laws and regulations, MARPOL regulations, and standards.

- Describes internal and external reporting requirements relating to discharges.

- Describes general overview of system including the basic and general functions of sewage systems and equipment, including system schematics.

- Describes fundamentals and maritime practices of sewage system management in accordance with the requirements of MARPOL 73/78 and the EECP.

- Describes system operation and procedures including the standard operating procedures for usage of all sewage equipment and systems, and operational checklists.

- Describes maintenance of sewage system equipment, including routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts.

- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, including remedial training, possible suspension or termination of employment, and civil and criminal liability.

## Hazardous and Solid Waste Management

- Describes Irika Shipping, S.A. policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance.

- Describes applicable EECP requirements, domestic and international laws, regulations and standards, including applicable portions of the C.F.R., other pertinent pollution laws and regulations, MARPOL regulations, and standards.

43

- Describes internal and external reporting requirements for tracking and disposal of covered wastes.

- Describes systems used to control, treat and dispose of specific wastes, including system schematics, where appropriate.

- Describes fundamentals and maritime practices of waste minimization that includes discharge procedures in accordance with the requirements of MARPOL 73/78 and the EECP.

- Describes the system operation and procedures, including standard operating procedures for usage of hazardous waste management systems, off-loading procedures, and operational checklists.

- Describes procedures for completing required discharge receipts and other entries.

- Describes routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts.

- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, to include remedial training, possible suspension or termination of employment, and civil and criminal liability.

The following documentation and reference material will be readily on board:

- Regulatory References
- System Schematics (where applicable)
- Tank Tables
- Tank Arrangements
- Holding Capacities
- Critical Spare Parts List
- MSDS of Chemicals used in the Engine Room
- List of Regulated Wastes
- Discharge Restrictions List
- Forms
- List of Sealed Valves
- List of Locked valves