

# IRIKA SHIPPING S.A.

Minutes of a meeting of the Board of Directors of **IRIKA SHIPPING S.A.**, held in Panama (the "**Corporation**"), on the 2nd day of July, 2010.

Present in person were:
| | |
|---|---|
| **VICTOR ALVARADO** | **President/Director** |
| **BRIGIDO NAVARRO** | **Vice President/Secretary/Director** |
| **CARMEN REYES** | **Treasurer/Director** |

A quorum of the Directors being present in person, the meeting proceeded to business.

The Chairman, Mr. Victor Alvarado, advised the meeting of the negotiations with the United States Department of Justice and the United States Attorneys for the District of Maryland, the Western District of Washington, and the Eastern District of Louisiana, regarding charges filed against the Corporation.

**WHEREAS**, the United States of America contends that the Corporation has violated the Act to Prevent Pollution from Ships, Obstruction of an Agency Proceeding, Obstruction of Justice, and False Statements;

**WHEREAS**, the Corporation has engaged in plea negotiations with the United States Department of Justice and the United States Attorneys for the District of Maryland, the Western District of Washington, and the Eastern District of Louisiana, regarding charges filed against the Corporation, which have resulted in a plea agreement acceptable to the Corporation and the United States;

**WHEREAS**, the United States of America has filed three bills of information charging the Corporation with felony violations of the statutes listed above;

**WHEREAS**, the terms of the plea agreement reached between the Corporation and the United States of America require the Corporation to plead guilty to eight felony charges of violating 18 U.S.C. § 1505, 18 U.S.C. § 1519, 33 U.S.C. § 1908(a), 33 U.S.C. § 1907(d), and 18 U.S.C. § 1001, and the entry of this plea may require the Corporation to make certain representations and commitments binding the Corporation;

Upon motion duly made, seconded and unanimously carried

**IT WAS UNANIMOUSLY RESOLVED:**

That **Walter F. Becker, Jr.** and **Dimitri P. Georgantas** counsel for the Corporation in *U.S. v. Irika Shipping, S.A.*, Criminal No. JFM-10-0372 (District of Maryland), as well as Christos Sionidis, are authorized to waive indictment, execute the plea agreement on behalf of the Corporation, make court appearances on behalf of the Corporation, enter a plea of guilty on behalf of the Corporation to eight felony counts of violating 18 U.S.C. § 1505, 18 U.S.C. § 1519, 33 U.S.C. § 1908(a), 33 U.S.C. § 1907(d), and 18 U.S.C. § 1001, represent the Corporation at sentencing, and make all necessary representations, promises and commitments and to sign all documents necessary to carry out the terms of the plea agreement.

There being no further business for discussion, the Chairman declared the Meeting closed.

---
VICTOR ALVARADO
President/Director

---
BRIGIDO NAVARRO
Vice President/Secretary/Director

---
CARMEN REYES
Treasurer/Director

Yo, RICARDO A. LANDERO M., Notario Público Décimo del Circuito de Panamá, con Cédula No 4-103-2337

CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, 05 JUL 2010

TESTIGO          TESTIGO

RICARDO A. LANDERO M.
Notario Público Décimo





Esta Autorización no implica responsabilidad en cuanto al contenido del documento.

**APOSTILLE**
Convention de la haye du 5 octobre 1961
1 País PANAMA
El presente documento público
2 ha sido firmado por Ricardo A. Landero
3 quien actúa en calidad Notario
4 y esta revestido del sello/timbre de

CERTIFICADO
5 EN Panamá           6 el día
7 por DIRECCION ADMINISTRATIVA
8 Bajo el número       5139
9 Sello/timbre         10 Firma