=================================================================
# UNITED STATES DISTRICT COURT
------------------------------DISTRICT OF MARYLAND------------------------------

**APPEARANCE**

UNITED STATES OF AMERICA

V.  CASE NO: ~~RWT-09-0~~471

JFM-01-0372

IRIKA SHIPPING

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in this case for Rafael Eslit, Agustin Lelis, Ruel Potestades and Renato Torreliza.

I certify that I am admitted to practice in this Court.

_3/3/2011_
Date

PAUL D. HAZLEHURST
Bar No: 08156
Hazlehurst Vitrano LLC
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, Maryland 21031
(443) 992-4105