IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JFM-10-0372 |
| IRIKA SHIPPING, S.A., | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## AUTHORIZATION TO RECEIVE PAYMENT

I, Renato Torreliza, Jr., hereby authorize my counsel, Paul D. Hazlehurst, Esquire, and Hazlehurst Vitrano LLC, to receive payment of $250,000 from the Clerk of the United States District Court for the District of Maryland on my behalf, said money being an award made to me by order of the Court in the above-captioned case. I further authorize my counsel to disburse and transmit said money to me minus any actual transfer fees or other charges made by the transmitting and receiving banks or financial institutions.

_____    FEBRUARY 14, 2011
RENATO TORRELIZA, JR.              Date

_____    FEBRUARY 14, 2011
Witness                            Date